GEORGE R. TEICH, on His Own Behalf as a Stockholder and for the Benefit of All Other Stockholders, Similarly Situated, of Equity Corporation, Appellant and Respondent, and CAMBART Co., INC., Intervener, Plaintiff-Appellant and Respondent, *v.* JOSEPH S. LAWRENCE et al., Defendants, and DAVID M. MILTON et al., Defendants-Respondents and Appellants.

Submitted April 17, 1944; decided May 25, 1944.

Motion by intervener, plaintiff-appellant and respondent, for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 291 N. Y. 245.)